# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROBERT LEE ROLLINS, III, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:21-cv-5 |
| | * | |
| v. | * | |
| | * | |
| WARDEN BRIAN CHAMBERS, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Robert Rollins ("Rollins") did not file Objections to this Report and Recommendation. Rollins filed a motion for extension of time to file a response or objections to the Report and Recommendation, dkt. no. 10, which the Magistrate Judge construed as a motion for extension of time to pay the filing fee. Dkt. No. 11. The Magistrate Judge granted Rollins' motion and provided him another fourteen days from the April 5, 2021 Order to pay the requisite filing fee. Id. The Magistrate Judge declined to vacate his Report and Recommendation at that time but noted he

would revisit it if Rollins timely complied with the April 5, 2021 Order. Id. at n.1. The Magistrate Judge forewarned Rollins his action would be dismissed without prejudice if the filing fee was not paid within this extended period. Rather than paying the filing fee, Rollins submitted another printout of his inmate account statement, which reflects a funds balance of $243.82. Dkt. No. 12.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Rollins' 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failure to follow this Court's Orders and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Rollins in forma pauperis status on appeal and a Certificate of Appealability.

SO ORDERED, this  5  day of   May  , 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA