AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT LEE ROLLINS, III,

    Petitioner,

v.

WARDEN BRIAN CHAMBERS,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:21-CV-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 5, 2021, the Magistrate Judge's Report and Recommendation is adopted as the Order of the Court. Therefore, Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice, and Petitioner is denied a Certificate of Appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: May 7, 2021

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020